H. Dickson Burton (4004)
Krista Weber Powell (8019)
TRASKBRITT, PC
230 South 500 East, Suite 300
P.O. Box 2550
Salt Lake City, UT 84110
Telephone: (801) 532-1922

Attorneys for Plaintiff

FILED
U.S. DISTRICT COURT

2009 MAR 10 A 9:35

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **Storm Products, Inc.**, a Utah corporation,<br><br>Plaintiff,<br><br>v.<br><br>**Ebonite International Inc.**, a Kentucky Corporation, and **Ebonite Holdings Inc.**, a Kentucky Corporation.<br><br>Defendants. | **ORDER AMENDING SCHEDULING ORDER**<br><br>2:07-cv-00260-CW<br><br>**Judge: Clark Waddoups** |

The parties having filed a Joint Motion to Amend the Scheduling Order, and the Court being fully advised in the premises, and good cause appearing, IT IS HEREBY ORDERED ADJUDGED AND DECREED as follows:

The Scheduling Order of May 9, 2008 is hereby amended as follows:

| | | |
|---|---|---|
| Section 5a. | Fact discovery deadline | From 3/1/09 to 6/29/09 |
| Section 6c. | Evaluate case for Settlement/ADR | From 3/1/09 to 6/29/09 |
| Section 4a&b. | Rule 26(a)(2) expert disclosures | From 5/1/09 to 8/31/09 |
| Section 4c. | Counter expert reports | From 6/1/09 to 9/29/09 |
| Section 5a. | Expert discovery deadline | From 8/1/09 to 11/30/09 |

Section 5c.    Potentially dispositive motions(*)    From 9/15/09 to 1/13/10

DATED this 9th day of ~~February~~ March, 2009.

BY THE COURT:

Honorable Clark Waddoups